

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00361-CV

PATRICK NEAL JACKSON                                                         APPELLANT

V.

COURTYARD MANAGEMENT                                                        APPELLEES
CORPORATION D/B/A MARRIOTT
COURTYARD AND CBM THREE
HOTELS LLC D/B/A MARRIOTT
COURTYARD

------------

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 096-265590-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 11, 2015, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within

---

[1]*See* Tex. R. App. P. 47.4.

ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:   MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED:  June 18, 2015

2